<br>ACCEPTED<br>03-15-00127-CR<br>4381100<br>THIRD COURT OF APPEALS<br>AUSTIN, TEXAS<br>3/5/2015 10:48:14 AM<br>JEFFREY D. KYLE<br>CLERK



# DISTRICT ATTORNEY'S OFFICE
## 33ᴿᴰ & 424ᵀᴴ Judicial Districts
### COUNTIES OF
#### BLANCO • BURNET • LLANO • SAN SABA

## Wiley B. McAfee
### District Attorney

March 05, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/5/2015 10:48:14 AM

JEFFREY D. KYLE
Clerk

Mr. Jeffery D. Kyle
Clerk of Court of Appeals
P. O. Box 12457
Austin, TX 78711

Re:   Case No. 03-15-00127-CR; Aaron Joseph Hoes v. The State of Texas
      Appeal from Cause No. CR01167 in the 33rd District Court of Blanco County

Dear Mr. Kyle:

Please accept this letter as our designation of Lead Counsel for the State of Texas, Appellee, in the above described case.   Lead Counsel for this case is:

Gary W. Bunyard
Assistant District Attorney
P.O. Box 725
Llano, TX 78643
(325) 247-5755 (voice)
(325) 247-5274 (fax)
g.bunyard@co.llano.tx.us

Sincerely,

Gary W. Bunyard
Assistant District Attorney

cc:   Mr. Thomas M. Felps
      Attorney for Appellant
      via eServe and email

**811 Berry Street • P.O. Box 725 • Llano, Texas 78643 • 325-247-5755 • Fax 325-247-5274**